with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

HARRY BAUMAN v. NORFOLK AND WESTERN RAILWAY COMPANY.— Motion to dismiss appeal denied, without costs, and without prejudice to renewal if service of the record on appeal be unreasonably delayed.   Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

SAMUEL C. MOTT v. RAPID TRANSIT SUBWAY CONSTRUCTION COMPANY, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

MAX PALESTINE v. EDWIN H. SAYRE and Others, as Executors, etc.— Application denied, with ten dollars costs, and stay vacated.   Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

NATHAN ZIVITZ and Others v. MARYLAND CASUALTY COMPANY.— Application granted.   Order signed.   Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

HORACE S. ELY & COMPANY, INC., v. SIGMUND KRAUTER.— Application denied, with ten dollars costs.   Order signed.   Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

MEYER GLADSTONE and Others v. HOROWITZ & NEWMARK, INC.— Application denied, with ten dollars costs.   Order signed.   Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ROBERT G. LANG v. COUNTY FIRE INSURANCE COMPANY OF PHILADELPHIA.— Application denied, with ten dollars costs.   Order signed.   Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ROSE SCHATZ and Others, as Administrators, etc., v. NEW YORK CENTRAL RAILROAD COMPANY.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GERTRUDE CRANE, as Administratrix, etc., Respondent, v. LOUIS H. HAHLO and Others, as and Constituting the Board of Revision of Assessments of the City of New York, and Others, Appellants.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

AUGUST CONTI and Others v. LEGEND REALTY CORPORATION.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

STANZY VEELDORANO v. UNION RAILWAY COMPANY OF NEW YORK CITY.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

ANSON B. MORAN and Others v. HERBERT H. VREELAND and Others.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

BENJAMIN LEWENTHAL and Others v. ISAAC LEWENTHAL and Others.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

AUGUST CONTI and Others v. LEGEND REALTY CORPORATION.— Motion denied, with ten dollars costs, and stay vacated.   Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.